# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**LESLIE D. BURLESON**,                                Civil File No. 2:12-cv-02783-JWL-KMH

    Plaintiff,

vs.                                                                    **NOTICE OF DISMISSAL**
                                                                                           **WITH PREJUDICE**

**PORTFOLIO RECOVERY ASSOCIATES, LLC**,

    Defendant.

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                     Respectfully submitted,

Dated: <u>February 1, 2013</u>            By: <u>/s/ J. Mark Meinhardt</u>
                                                      J. Mark Meinhardt, # 20245
                                                      9400 Reeds Road, Suite 210
                                                      Overland Park, Kansas 66207
                                                      Telephone:    (913) 451-9797
                                                      Facsimile:     (913) 451-6163
                                                      Email:           Mark@meinhardtlaw.com
                                                      **ATTORNEY FOR PLAINTIFF**